# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Tharp, John J. | District Court, Northern District of Illinois | 05/13/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Active) | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

United States District Court
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-Trustee | Trust #1 (family trust; no reportable assets because I did not create the trust and have no beneficial interest in the trust) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Janus & Associates, salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | United Pacific Life (n/k/a Genworth Life Ins. Co.) | Loan #1 | K |
| 2. | United Pacific Life (n/k/a Genworth Life Ins. Co.) | Loan #2 | K |
| 3. | JP Morgan Chase | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric (common stock) | A | Dividend | J | T | | | | | |
| 2. IBM (common stock) | C | Dividend | L | T | | | | | |
| 3. JP Morgan Chase Bank Accounts | A | Interest | L | T | | | | | |
| 4. Northwestern Mutual Insurance Policies (Whole Life) | D | Dividend | M | T | | | | | |
| 5. Pfizer (common stock) | D | Dividend | M | T | | | | | |
| 6. United Pacific Life Ins. (Universal Life; no control) (nka Genworth) | D | Dividend | N | T | | | | | |
| 7. U.S. Savings Bonds | | None | K | T | | | | | |
| 8. Vanguard Dividend Growth Fund | C | Dividend | M | T | | | | | |
| 9. Vanguard Energy Fund | A | Dividend | K | T | | | | | |
| 10. Vanguard Federal Money Market Fund | A | Int./Div. | L | T | | | | | |
| 11. Vanguard Information Tech ETF | B | Dividend | M | T | | | | | |
| 12. Vanguard Mid-Cap ETF | A | Dividend | K | T | | | | | |
| 13. Vanguard Long-Term Tax Exempt Bond Fund | A | Dividend | K | T | | | | | |
| 14. Vanguard S&P 500 Index Fund | B | Dividend | M | T | | | | | |
| 15. Vanguard Prime Money Market Fund (Y) | | | | | | | | | |
| 16. Fidelity CORE Cash Sweep Fund | B | Int./Div. | J | T | | | | | |
| 17. Capital One Checking | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Corteva | A | Dividend | J | T | | | | | |
| 19. Dow | A | Dividend | K | T | | | | | |
| 20. Dupont De Nemours | A | Dividend | K | T | | | | | |
| 21. Wabtec | A | Dividend | J | T | | | | | |
| 22. Vanguard Growth ETF | A | Dividend | K | T | | | | | |
| 23. PTC Inc. (X) | | None | J | T | | | | | |
| 24. Viatris (common) | A | Dividend | J | T | Spinoff<br>(from line 5) | 11/16/20 | J | | |
| 25. | | | | | Sold<br>(part) | 11/16/20 | J | A | |
| 26. IRA #1 (H) | | | | | | | | | |
| 27. --Vanguard Total International Stock Index<br>Fund | B | Dividend | M | T | | | | | |
| 28. --Vanguard Total Stock Market Index Fund | C | Dividend | M | T | | | | | |
| 29. --Vanguard Total Bond Market Index Fund | B | Dividend | K | T | | | | | |
| 30. IRA #2 (H) | | | | | | | | | |
| 31. --Vanguard Total International Stock Index<br>Fund | A | Dividend | J | T | | | | | |
| 32. --Vanguard Total Stock Market Index Fund | B | Dividend | L | T | | | | | |
| 33. --Vanguard Total Bond Market Index Fund | A | Dividend | J | T | | | | | |
| 34. IRA #3 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   --Fidelity Magellan Fund | B | Dividend | N | T | | | | | |
| 36.   IRA #4 (H) | | | | | | | | | |
| 37.   --Vanguard 500 Index Fund | B | Dividend | L | T | | | | | |
| 38.   IRA #5 (H) | | | | | | | | | |
| 39.   --CIVIX - MFO Causeway Cap Mgmt Tr Intl Value FD Instl Cl | D | Dividend | M | T | | | | | |
| 40.   --DFCEX - MFO DFA Invt. Dimensions Group Inc Emerging Mkts | C | Dividend | M | T | | | | | |
| 41.   --DFEVX - MFO DFA Emerging Markets Value | A | Dividend | | | Sold | 01/24/20 | M | A | |
| 42.   --DFITX - MFO DFA Invt Dimensions Group Inc Intl Real Estate | A | Dividend | K | T | | | | | |
| 43.   --DFREX - MFO DFA Invt Dimensions Group Inc. Real Estate | A | Dividend | L | T | | | | | |
| 44.   --GUNR - MFC Flexshares TR Morningstar Global Upstream NRIF | B | Dividend | L | T | | | | | |
| 45.   --HLMIX - MFO Harding Loevner FDS Inc. Intl Equity Portfolio | A | Dividend | | | Sold | 01/24/20 | N | F | |
| 46.   --NMFIX MFB Northern Multimanager | B | Dividend | L | T | | | | | |
| 47.   --NOMIX - MFB Northern Mid Cap Index Fund | B | Dividend | M | T | | | | | |
| 48.   --NOSIX - MFB Northern Funds Stock Index Fund | D | Dividend | O | T | | | | | |
| 49.   --NSIDX - MFB Northern Funds Small Cap Index Fund | B | Dividend | M | T | | | | | |
| 50.   --QDF MFC Flexshares Trust Quality | D | Dividend | N | T | | | | | |
| 51.   --NHFIX MFB Northern High Yield Fixed Income | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | --BHYIX Black Rock Federal High Yield Bond | D | Int./Div. | M | T | Buy (add'l) | 01/24/20 | K | | |
| 53. | --MIEIX MFS Instl Intl Equity Fund | A | Dividend | L | T | Buy | 01/24/20 | L | | |
| 54. | --VEA VAnguard FTSE Developed Mkts ETF | D | Dividend | N | T | Buy | 01/24/20 | M | | |
| 55. | --VWO MFC Vanguard Intl Equity Index Fd FTSE Emerging Mkts | C | Dividend | M | T | Buy | 01/24/20 | M | | |
| 56. | NOGXX Northern US Govt Money Market | A | Int./Div. | L | T | | | | | |
| 57. | IRA #6 (H) | | | | | | | | | |
| 58. | --Fidelity Blue Chip Growth | D | Dividend | M | T | | | | | |
| 59. | --Fidelity Independence | D | Dividend | O | T | | | | | |
| 60. | IRA #7 (H) | | | | | | | | | |
| 61. | --Fidelity Independence | A | Dividend | L | T | | | | | |
| 62. | Trust #1 (H) | | | | | | | | | |
| 63. | Trust #2 (H) | | | | | | | | | |
| 64. | --Allstate (common) | B | Dividend | L | T | | | | | |
| 65. | --American Electric Power (common) | B | Dividend | K | T | | | | | |
| 66. | --AT&T (common) | C | Dividend | K | T | | | | | |
| 67. | --Blackrock Global Allocation C | B | Dividend | K | T | | | | | |
| 68. | --BP Amoco (ADR) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.  --Chemours | A | Dividend | J | T | | | | | |
| 70.  --Conoco Phillips (common) | A | Dividend | J | T | | | | | |
| 71.  --Duke Energy (common) | A | Dividend | J | T | | | | | |
| 72.  --Exxon (common) | C | Dividend | K | T | | | | | |
| 73.  --Fortune Brands Home & Security (common) | A | Dividend | K | T | | | | | |
| 74.  --Hershey (common) | B | Dividend | L | T | | | | | |
| 75.  --ISHARES Russell Mid Cap ETF | A | Dividend | K | T | | | | | |
| 76.  --ISHARES S&P Growth ETF (IVW) | A | Dividend | K | T | | | | | |
| 77.  --Ivy Asset Strategy | A | Dividend | K | T | | | | | |
| 78.  --JP Morgan Chase Cash Accounts | A | Dividend | K | T | | | | | |
| 79.  --JP Morgan Tr I US Small Co. Cl C | A | Dividend | J | T | | | | | |
| 80.  --JP Morgan Tr II Large Cap Growth (formerly JP Morgan Dynamic Growth) | D | Dividend | L | T | | | | | |
| 81.  --Lincoln National Group (common) | A | Dividend | K | T | | | | | |
| 82.  --Merck (common) | B | Dividend | K | T | | | | | |
| 83.  --Pfizer (common) | A | Dividend | J | T | | | | | |
| 84.  --Phillips 66 (common) | A | Dividend | J | T | | | | | |
| 85.  --Sterling Cap FDS Mid Value FD (OVECX) | | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --Walgreen's Boots Alliance (common) | C | Dividend | L | T | | | | | |
| 87. --Enbridge Inc. (common) (formerly Spectra Energy) | A | Dividend | J | T | | | | | |
| 88. --Ishares Core S&P Small Cap ETF | A | Dividend | L | T | | | | | |
| 89. --Corteva Inc. | A | Dividend | J | T | | | | | |
| 90. --Dow Inc. | A | Dividend | J | T | | | | | |
| 91. --Dupont De Nemours Inc. | A | Dividend | J | T | | | | | |
| 92. --Invesco Exchange Traded Fd Tr Dynamic Lg Cap | A | Dividend | K | T | | | | | |
| 93. --Occidental Petroleum (formerly Anadarko Petroleum) | A | Dividend | J | T | | | | | |
| 94. --Ivy Asset Strategy CL A | A | Dividend | J | T | Spinoff (from line 77) | 01/14/20 | J | | |
| 95. --Viatris | | Dividend | J | T | Spinoff (from line 83) | 11/16/20 | J | | |
| 96. Trust #3 (H) | | | | | | | | | |
| 97. --3-M (common) | B | Dividend | L | T | | | | | |
| 98. --Allstate (common) | A | Dividend | K | T | | | | | |
| 99. --Bank of America (common) | A | Dividend | J | T | | | | | |
| 100. --Exelon (common) | A | Dividend | J | T | | | | | |
| 101. --Exxon (common) | B | Dividend | K | T | | | | | |
| 102. --IBM (common) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tharp, John J.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  --JP Morgan Chase (common) | A | Dividend | J | T | | | | | |
| 104.  --JP Morgan US Treasury Plus Money Market Acct. | A | Dividend | | | | | | | |
| 105.  --Lincoln National Corp. (common) | A | Dividend | J | T | | | | | |
| 106.  --Pfizer (common) | B | Dividend | L | T | | | | | |
| 107.  --Sherwin Williams (common) | B | Dividend | M | T | | | | | |
| 108.  Corteva Inc. | A | Dividend | J | T | | | | | |
| 109.  Dow Inc. | A | Dividend | J | T | | | | | |
| 110.  Dupont De Nemours Inc. | A | Dividend | J | T | | | | | |
| 111.  --JP Morgan Deposit account | A | Int./Div. | J | T | Spinoff<br>(from line 104) | 03/02/20 | J | | |
| 112.  --Viatris | A | Dividend | J | T | Spinoff<br>(from line 106) | 11/16/20 | J | | |
| 113.  Trust #4 (H) | | | | | | | | | |
| 114.  --3-M (common) | C | Dividend | M | T | | | | | |
| 115.  --Exxon Mobil (common) | D | Dividend | L | T | | | | | |
| 116.  --McDonald's (common) | E | Dividend | O | T | | | | | |
| 117.  --JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |
| 118.  Trust #5 (H) | | | | | | | | | |
| 119.  --JP Morgan Chase Cash Account | A | Interest | J | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |
|---|---|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120.  --25% of Moles Family Partnership (H) | | | | | | | | | |
| 121.  ---NSIDX-Northern Funds Sall Cap Index Fund | A | Dividend | J | T | | | | | |
| 122.  ---NOSIX-Northern Funds Stock Index Fund | C | Dividend | L | T | | | | | |
| 123.  ---NOMIX-Northern Mid Cap Index Fund | A | Dividend | J | T | | | | | |
| 124.  ---DVY-IShares Tr Dow Jones Select Divid Index Fd | A | Dividend | J | T | | | | | |
| 125.  ---GUNR-Flexshares TR Morningstar Global Upstream Nat ResIdx | A | Dividend | J | T | | | | | |
| 126.  ---DFCEX-Invt Dimensions Group Emerging Mkts Core Eq Prt | A | Dividend | J | T | | | | | |
| 127.  ---DFITX-Invt Dimensions Group Int'l Real Estate Secs Ptf | A | Dividend | J | T | | | | | |
| 128.  ---HLMIX-Harding Loevner Funds Inc Int'l Equity Prt | A | Dividend | K | T | | | | | |
| 129.  ---CIVIX-Causeway Cap Mgmt Tr Int'l Value Fd | A | Dividend | K | T | | | | | |
| 130.  ---DFREX-Invt Dimensions Group Real Estate Secs Prt | A | Dividend | J | T | | | | | |
| 131.  ---DFEVX-Emerging Markets Value Fd | A | Dividend | J | T | | | | | |
| 132.  ---BHYIX Blackrock Fed High Yield Bond Portfolio | A | Dividend | J | T | | | | | |
| 133.  ---QDF MFC Flexshares Trust Quality Div | A | Dividend | J | T | | | | | |
| 134.  ---MFB Northern US Govt Money Mkt Fund (Cash Account) | A | Int./Div. | J | T | | | | | |
| 135.  ---NFRA MFC Flexshares TR STOXX Global Broad | A | Dividend | J | T | | | | | |
| 136.  Trust #6 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --Farm land, Christian County, Illinois | D | Distribution | M | W | | | | | |
| 138. --JP Morgan Chase Cash Account | A | Distribution | K | T | | | | | |
| 139. Trust #7 (H) | | | | | | | | | |
| 140. --IShares MSCI EAFE Index Fund (EFA) | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 141. | | | | | Sold (part) | 04/27/20 | J | A | |
| 142. --Condominium Unit (real estate),TK Sarasota County, Florida | C | Rent | M | W | | | | | |
| 143. --Neuberger Berman Multi Cap Opportunities Fd (NMULX) | A | Dividend | | | Sold (part) | 01/27/20 | K | D | |
| 144. | | | | | Sold (part) | 02/10/20 | J | B | |
| 145. | | | | | Sold | 03/16/20 | J | A | |
| 146. --Spdr S&P 500 ETF Trust (SPY) | C | Dividend | N | T | | | | | |
| 147. --MFS Intl Value Fd-I (MINIX) NKA MFS Intl Value -R6 (MINJX) | A | Dividend | J | T | Sold (part) | 02/10/20 | J | C | |
| 148. | | | | | Sold (part) | 03/09/20 | J | B | |
| 149. | | | | | Sold (part) | 07/15/20 | J | B | |
| 150. --American Fund Intl Vntg (AIVG) (formerly Cap Prv Client (CNUSX)) | B | Dividend | | | Sold (part) | 01/27/20 | J | A | |
| 151. | | | | | Sold (part) | 01/31/20 | J | A | |
| 152. | | | | | Sold (part) | 09/25/20 | J | A | |
| 153. --JPM Glbl R/E Fund (JEITX) NKA JPM Global R/E Fd (JEIYX) | A | Dividend | | | Sold | 06/11/20 | K | B | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. --JP Morgan Tax Free Instl Sweep Fund (#840) | A | Interest | K | T | | | | | |
| 155. --Met West T/R CL I (MWTIX) NKA Met West T/R BD-PLN | A | Dividend | | | Sold | 05/07/20 | J | A | |
| 156. --Ishares Inc MSCl Japan New (EWI) | A | Dividend | J | T | Sold (part) | 02/10/20 | J | A | |
| 157. | | | | | Sold (part) | 03/09/20 | J | A | |
| 158. --JP Morgan Cash Account | A | Interest | J | T | | | | | |
| 159. --Dodge & Cox Income Fd (DODIX) | A | Dividend | | | Sold | 06/16/20 | J | A | |
| 160. --Ishares S&P 500/Barra Growth (IVW) | A | Dividend | K | T | Sold (part) | 03/16/20 | J | A | |
| 161. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 162. --Ishares S&P 500/Barra Value (IVE) | A | Dividend | K | T | Sold (part) | 03/16/20 | J | A | |
| 163. | | | | | Buy (add'l) | 03/27/20 | J | | |
| 164. | | | | | Buy (add'l) | 03/30/20 | J | | |
| 165. --Six Circles U.S. Unconstrained (CUSUX) | C | Dividend | L | T | Sold (part) | 10/21/20 | J | B | |
| 166. --JPMorgan BetaBuilders Canada ETF (BBCA) | A | Dividend | K | T | Buy (add'l) | 06/23/20 | J | | |
| 167. --Six Circles Int'l Unconstrained (CIUEX) | B | Dividend | L | T | Buy (add'l) | 02/03/20 | J | | |
| 168. | | | | | Buy (add'l) | 02/11/20 | J | | |
| 169. | | | | | Sold (part) | 06/02/20 | K | B | |
| 170. | | | | | Buy (add'l) | 07/16/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | Buy<br>(add'l) | 12/18/20 | J | | |
| 172.  --JPMorgan BetaBuilders Europe (BBEU) | A | Dividend | J | T | Sold<br>(part) | 03/16/20 | J | A | |
| 173. | | | | | Buy<br>(add'l) | 06/04/20 | J | | |
| 174. | | | | | Buy<br>(add'l) | 06/05/20 | J | | |
| 175. | | | | | Buy<br>(add'l) | 06/15/20 | J | | |
| 176. | | | | | Buy<br>(add'l) | 06/16/20 | J | | |
| 177. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 178. | | | | | Buy<br>(add'l) | 06/22/20 | J | | |
| 179. | | | | | Sold<br>(part) | 07/15/20 | K | B | |
| 180. | | | | | Sold<br>(part) | 10/21/20 | J | A | |
| 181. | | | | | Sold<br>(part) | 12/17/20 | J | B | |
| 182.  --JPMorgan BetaBuilders Japan (BBJP) | A | Dividend | K | T | Buy<br>(add'l) | 06/16/20 | J | | |
| 183. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |
| 185. | | | | | Buy<br>(add'l) | 06/24/20 | J | | |
| 186.  --JPMorgan BetaBuilders Developed Asia (BBAX) | A | Dividend | J | T | Buy<br>(add'l) | 06/18/20 | J | | |
| 187. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. --Six Circles Tax Aware Ultra Short | A | Dividend | | | Sold | 10/30/20 | J | A | |
| 189. --Amer Funds T/E Bnd Fund AM-F3 | A | Dividend | | | Buy (add'l) | 01/07/20 | J | | |
| 190. | | | | | Sold (part) | 09/23/20 | K | A | |
| 191. | | | | | Sold | 10/30/20 | J | A | |
| 192. --Fidelity 500 Index Fund | A | Dividend | K | T | Buy (add'l) | 02/11/20 | J | | |
| 193. | | | | | Buy (add'l) | 03/10/20 | K | | |
| 194. | | | | | Sold (part) | 03/25/20 | K | A | |
| 195. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 196. | | | | | Buy (add'l) | 09/24/20 | K | | |
| 197. | | | | | Sold (part) | 10/21/20 | J | A | |
| 198. --Fidelity Sch Str Tr (FIQZ) (formerly Fidelity Intermed. Muni) | B | Dividend | L | T | Buy (add'l) | 01/07/20 | J | | |
| 199. | | | | | Buy (add'l) | 06/12/20 | J | | |
| 200. | | | | | Sold (part) | 09/25/20 | J | A | |
| 201. | | | | | Sold (part) | 10/30/20 | J | A | |
| 202. --Ishares 7-10 Year Treasury (IEF) | A | Dividend | | | Sold | 04/27/20 | J | A | |
| 203. --Ishares 3-7 Year Treasury (IEI) | A | Dividend | L | T | Buy (add'l) | 11/04/20 | J | | |
| 204. --Ishares Short Treasury (SHV) | A | Dividend | | | Buy (add'l) | 01/08/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 01/27/20 | J | A | |
| 206. | | | | | Sold<br>(part) | 09/25/20 | J | A | |
| 207. | | | | | Sold | 10/30/20 | J | A | |
| 208.  --Fidelity Itl Index (FSPS) | A | Dividend | J | T | Buy | 02/11/20 | J | | |
| 209. | | | | | Sold<br>(part) | 03/16/20 | J | A | |
| 210.  --Ishares Core MSCI Emerging (IEMG) | A | Dividend | K | T | Buy | 10/23/20 | K | | |
| 211.  --PIMCO High Yield Fund (PHIYX) | A | Dividend | K | T | Buy | 05/08/20 | J | | |
| 212.  --PIMCO High Yield Q (PHYQX) | B | Dividend | K | T | Buy | 04/02/20 | K | | |
| 213. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 214.  --Six Circles Tax Aware Bond (CBTAX) | A | Dividend | K | T | Buy | 09/28/20 | K | | |
| 215. | | | | | Buy<br>(add'l) | 11/02/20 | K | | |
| 216.  Trust #8 (H) | | | | | | | | | |
| 217.  --JPMORGAN CASH ACCOUNT | A | Interest | L | T | | | | | |
| 218.  --SPDR 500 ETF TR (SPY) | D | Dividend | O | T | | | | | |
| 219.  --JPM TX FREE (FUND 1374) NKA JPM<br>Interim T/F R6 (JITZX) | C | Dividend | M | T | Buy<br>(add'l) | 03/13/20 | J | | |
| 220. | | | | | Sold<br>(part) | 11/02/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 221.  --JP MORGAN TR I TAX AWARE EQUITY FD INSTL (JPDEX) (fka SELECT JPESX) | C | Dividend | K | T | | | | | |
| 222.  --MFS Intl Val Fd (MINIX) KNA MFS Intl Val Fd R6 (MINJX) | A | Dividend | | | Sold (part) | 02/18/20 | K | D | |
| 223. | | | | | Sold | 03/10/20 | J | C | |
| 224.  --PRIMECAP ODYSSEY FUNDS ODYSSEY STK FD (POSKX) | B | Dividend | K | T | Sold (part) | 02/18/20 | J | A | |
| 225. | | | | | Sold (part) | 02/18/20 | K | E | |
| 226.  --ISHARES MSCI EAFE INDX FD (EFA) | C | Dividend | M | T | | | | | |
| 227.  --JPM Glob R/E Idx Fd (JEITX) NKA JPM Glob R/E R6 (JEIYX) | A | Dividend | | | Sold | 06/11/20 | L | D | |
| 228.  --Doubleline Total Ret Bond-I (DBLTX) | A | Dividend | | | Sold (part) | 05/07/20 | K | A | |
| 229. | | | | | Sold | 06/11/20 | J | A | |
| 230.  ---iShares Inc MSCI Japan New (EWJ) | A | Dividend | J | T | Sold (part) | 02/18/20 | J | A | |
| 231. | | | | | Sold (part) | 03/10/20 | J | A | |
| 232.  ---Ishares S&P 500/Barra Growth Index (IVW) | A | Dividend | K | T | | | | | |
| 233.  ---Ishares S&P 500/Barra Value Index (IVE) | A | Dividend | K | T | | | | | |
| 234.  ---Six Circles U.S. Unconstrained (CUSUX) | D | Dividend | M | T | | | | | |
| 235.  ---JPMorgan BetaBuilders Canada ETF (BBCA) | B | Dividend | K | T | | | | | |
| 236.  ---Six Circles Int'l (CIUEX) | B | Dividend | M | T | Buy (add'l) | 02/19/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 237. | | | | | Sold<br>(part) | 06/03/20 | K | A | |
| 238. | | | | | Buy<br>(add'l) | 07/15/20 | K | | |
| 239. ---JPMorgan BetaBuilders Europe ETF<br>(BBEU) | A | Dividend | K | T | Sold<br>(part) | 03/10/20 | K | A | |
| 240. | | | | | Sold<br>(part) | 04/27/20 | J | A | |
| 241. | | | | | Buy<br>(add'l) | 06/05/20 | K | | |
| 242. | | | | | Buy<br>(add'l) | 06/08/20 | J | | |
| 243. | | | | | Buy<br>(add'l) | 06/09/20 | J | | |
| 244. | | | | | Buy<br>(add'l) | 06/15/20 | K | | |
| 245. | | | | | Buy<br>(add'l) | 06/16/20 | K | | |
| 246. | | | | | Sold<br>(part) | 07/14/20 | K | A | |
| 247. | | | | | Sold<br>(part) | 10/21/20 | J | B | |
| 248. | | | | | Sold<br>(part) | 12/01/20 | K | C | |
| 249. ---JPMorgan BetaBuilders Japan ETF<br>(BBJP) | A | Dividend | K | T | Buy<br>(add'l) | 06/16/20 | J | | |
| 250. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 251. ---JPMorgan BetaBuilders Developed Asia<br>(BBAX) | A | Dividend | J | T | Sold<br>(part) | 03/10/20 | J | A | |
| 252. | | | | | Buy<br>(add'l) | 06/18/20 | J | | |
| 253. | | | | | Buy<br>(add'l) | 06/19/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 254. ---Six Circles Tax Aware Ultra Short | A | Dividend | | | Sold | 11/02/20 | K | A | |
| 255. ---Ameri Funds T/E Bond Fund (AM-f3) | B | Dividend | | | Sold<br>(part) | 09/23/20 | K | B | |
| 256. | | | | | Sold | 11/02/20 | K | A | |
| 257. ---Ishares 7-10 Year Treasury (IEF) | A | Dividend | | | Sold | 04/27/20 | K | B | |
| 258. ---Ishares 3-7 Year Treasury (IEI) | A | Dividend | K | T | Buy | 11/04/20 | K | | |
| 259. ---Ishares Short Treasury (SHV) | A | Dividend | | | Sold | 11/02/20 | K | A | |
| 260. ---Fidelity 500 Index (FXAIXX) | A | Dividend | L | T | Buy | 02/19/20 | K | | |
| 261. | | | | | Buy<br>(add'l) | 02/27/20 | J | | |
| 262. | | | | | Buy<br>(add'l) | 03/11/20 | K | | |
| 263. | | | | | Sold<br>(part) | 03/16/20 | K | A | |
| 264. | | | | | Buy<br>(add'l) | 06/12/20 | K | | |
| 265. | | | | | Buy<br>(add'l) | 07/01/20 | K | | |
| 266. ---Ishares Core MSCI Emerging Market (IEMG) | A | Dividend | K | T | Buy | 10/23/20 | K | | |
| 267. ---PIMCO High Yield Fund (PHIYX) | B | Dividend | K | T | Buy | 05/12/20 | K | | |
| 268. ---PGIM High Yield-Q (PHYQY) | C | Dividend | L | T | Buy | 04/01/20 | K | | |
| 269. | | | | | Buy<br>(add'l) | 05/08/20 | J | | |
| 270. ---Six Circles Tax Aware Bond (CBTAX) | A | Dividend | L | T | Buy | 09/24/20 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tharp, John J.** | 05/13/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271. | | | | | Buy (add'l) | 11/03/20 | K | | |
| 272.  ---Fidelity Int'l Index | A | Dividend | | | Buy | 02/27/20 | J | | |
| 273. | | | | | Sold | 04/27/20 | J | A | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Tharp, John J.** | 05/13/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Additional Information Concerning Part VII, Investments and Trusts:

⬛⬛⬛⬛ is the sole beneficiary of Trusts #2-#5 and has a 25% beneficial interest in Trusts #6 through #8.  I have reported only the value of ⬛⬛⬛⬛ beneficial interest in these trusts.

Line 15: Funds in Vanguard Prime Money Market Fund were transferred to Vanguard Federal Money Marekt Fund and are included in the reporting for that asset on Line 10.

Line 62: Trust #1 has no reportable assets. I did not create the Trust and am not a beneficiary.

Line 104: Cash in JPMorgan US Treasury Plus money market fund transferred to JPMorgan deposit account (Line 111). Interest earned prior to transfer is reported on Line 104; after transfer on Line 111.

| Name of Person Reporting | Date of Report |
|---|---|
| Tharp, John J. | 05/13/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ John J. Tharp**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544